```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20493
   JARVIS CARTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-2274


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/02/2007 and was not confirmed.

    The case was dismissed without confirmation 01/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC     7991.00           .00           .00
AMERICREDIT FINANCE      NOTICE ONLY       NOT FILED         .00           .00
ASSET ACCEPTANCE         UNSECURED          280.73           .00           .00
NICOR GAS                NOTICE ONLY       NOT FILED         .00           .00
CAPITAL ONE              UNSECURED         1482.39           .00           .00
CAPITAL ONE BANK         NOTICE ONLY       NOT FILED         .00           .00
HUDSON & KEYSE           UNSECURED         5030.08           .00           .00
PALISADES COLLECTIONS    UNSECURED         NOT FILED         .00           .00
AT&T                     NOTICE ONLY       NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1474.25           .00           .00
US CELLULAR              NOTICE ONLY       NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          421.25           .00           .00
AMERICREDIT FINANCIAL SV UNSECURED             .19           .00           .00
GLEASON & GLEASON LLC    DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                   --------------         --------------
TOTALS                  .00                     .00




                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 20493 JARVIS CARTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE